Christian B. Nielsen, Esq., SBN#87972
ROBINSON & WOOD, INC.
227 North First Street
San Jose, CA 95113
Telephone: (408) 298-7120
Facsimile: (408) 298-0477

Attorneys for Defendant
CHAD AMMON

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

ACTION MOTIVATION, INC.,

    Plaintiff,

vs.

CHAD AMMON,

    Defendants.

Case No. C 05 3614 MHP

**ORDER RE: STIPULATION TO CONTINUE HEARING**

The Court, having considered the stipulation of counsel, finds that good cause exists to continue the hearing set for October 4, 2005 to November 2, 2005 at 10:00 a.m. in department 15.

The Plaintiff's supplemental briefing will be filed by October 21, 2005 and Defendant's brief on October 28, 2005.

The TRO remains in effect until further order of the Court.

Date: October 3, 2005

Judge Marilyn H. Patel

Robinson & Wood, Inc.
227 North First Street
San Jose, CA 95113
(408) 298-7120

Order for Stipulation to Continue Hearing

1

Case No. C 05 3614 MHP