FILED
DEC 2 1 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Peter A. Liebow, Esq. (SBN 116696)
   Edward A. Kraus, Esq. (SBN 162043)
2  CREECH, LIEBOW & KRAUS
   333 West San Carlos Street, Suite 1600
3  San Jose, CA 95110
   B: (408) 993-9911
4  F: (408) 993-1335

5  Attorneys for Defendant,
   RESULTS DELIVERED LLC dba WEBREGPRO,
6  a California corporation

7

8              UNITED STATES DISTRICT COURT

9       IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | ACTION MOTIVATION, INC., a California  )  Case No.: C 05 3614 MHP
   | corporation,                           )
11 |                                        )  **STIPULATION FOR EXTENSION OF
   |                                        )  TIME TO FILE ANSWER**
12 |           Plaintiff,                   )
   |                                        )
13 |     vs.                                )
   |                                        )
14 | CHAD AMMON, an individual; and         )
   | RESULTS DELIVERED LLC dba              )
15 | WEBREGPRO, a California corporation,   )
   |                                        )
16 |                                        )
   |           Defendants.                  )
17 |_____)

18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER

1   IT IS HEREBY STIPULATED AND AGREED between Plaintiff ACTION
2   MOTIVATION, INC. and Defendant RESULTS DELIVERED LLC dba WEBREGPRO that the
3   time for Defendant RESULTS DELIVERED LLC dba WEBREGPRO to file its responsive
4   pleading to Plaintiff's First Amended Complaint in the above-captioned matter is extended to
5   January 18, 2006.

6   Dated: December 15, 2005            SEYFARTH SHAW LLP

8                                        By: _____
9                                        KAMILI W. DAWSON
                                         Attorneys for Plaintiff,
10                                       ACTION MOTIVATION, INC.

11  Dated: December 15, 2005            CREECH, LIEBOW & KRAUS
12

13                                       By: _____
14                                       EDWARD A. KRAUS
                                         Attorneys for Defendant,
15                                       RESULTS DELIVERED LLC dba
16                                       WEBREGPRO

18  L:\Resul-01\Pleadings\Stipulation For Extension of Time to File Answer (12.15.05).doc

19                          12/20/05           IT IS SO ORDERED

21                                             _____
                                               U.S. DISTRICT JUDGE

STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER